IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00197-CMA-MEH

GABRIELLE GOULDNER,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 14, 2010.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed June 11, 2010; docket #11] is **granted**. The Settlement Conference set for June 21, 2010, is **vacated**. The parties shall conference together and call Chambers at (303) 844-4507 on or before **June 21, 2010**, to reschedule.