IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00197-CMA-MEH

GABRIELLE GOULDNER,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 2, 2010.**

    Defendant's Unopposed Motion to Amend Scheduling Order . . . [filed September 2, 2010; docket #19] is **granted**. For good cause shown, the deadlines in this matter are reset as follows. All other dates and deadlines, including the deadline for filing any dispositive motion, remain the same.

        Rebuttal expert disclosures due on or before **October 20, 2010**; and
        Discovery cut-off extended up to and including **November 22, 2010**.