**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00197-CMA-MEH

GABRIELLE GOULDNER,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

    IT IS HEREBY ORDERED, that the within action be and hereby is dismissed with prejudice, each party to pay its own costs, inasmuch as it appears to the Court from the stipulation of counsel that a compromise of all pending claims existing between all parties has been concluded.

    DATED: November 15, 2010.

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United Stated District Judge.